*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Lisa Kochel
    Debtor(s)

Case No: 15–14980–pmm
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Debtor Lisa Kochel Response to Certification of Default filed by Creditor Santander Bank, N.A.

on: 12/16/21

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 11/17/21

Timothy B. McGrath
Clerk of Court

133 – 132
Form 167