United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 15-14980-pmm

Lisa Kochel                                                                                            Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 17, 2021 | Form ID: 167 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Kochel, 268 Colorado Drive, Birdsboro, PA 19508-9051 |
| cr | + | ARCPE 1 LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Wells Fargo Bank, N.A., as Trustee, 8742 Lucent Boulevard, Suite 300, Highland Ranch, CO 80129-2386 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | |
| | on behalf of Creditor Santander Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | |
| | on behalf of Creditor Santander Bank  N.A. F/K/A Sovereign Bank andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANN E. SWARTZ | |
| | on behalf of Defendant Bayview Loan Servicing  LLC ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com |
| BARBARA A. FEIN | |
| | on behalf of Creditor Wells Fargo Bank  N.A., as Trustee bfein@sanddlawyers.com, mhanford@sanddlawyers.com;kdaley@sanddlawyers.com |

District/off: 0313-4                          User: admin                                Page 2 of 2

Date Rcvd: Nov 17, 2021                      Form ID: 167                                 Total Noticed: 4

BARBARA A. FEIN
            on behalf of Defendant Wells Fargo Bank  N.A. bfein@sanddlawyers.com,
            mhanford@sanddlawyers.com;kdaley@sanddlawyers.com

BRENNA HOPE MENDELSOHN
            on behalf of Plaintiff Lisa Kochel tobykmendelsohn@comcast.net

BRENNA HOPE MENDELSOHN
            on behalf of Debtor Lisa Kochel tobykmendelsohn@comcast.net

JAMES A. PROSTKO
            on behalf of Creditor Santander Bank  N.A., Formerly Known As Sovereign Bank paeb@fedphe.com

JEROME B. BLANK
            on behalf of Creditor Santander Bank  N.A. paeb@fedphe.com

JEROME B. BLANK
            on behalf of Creditor Santander Bank  N.A. F/K/A Sovereign Bank paeb@fedphe.com

JEROME B. BLANK
            on behalf of Creditor Santander Bank  NA paeb@fedphe.com

JOSEPH ANGEO DESSOYE
            on behalf of Creditor Santander Bank  N.A. F/K/A Sovereign Bank paeb@fedphe.com

JOSEPH ANGEO DESSOYE
            on behalf of Creditor Santander Bank  NA paeb@fedphe.com

LAUREN MOYER
            on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com

MARIO J. HANYON
            on behalf of Creditor Dovenmuehle Mortgage  Inc. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
            on behalf of Creditor Santander Bank  N.A. F/K/A Sovereign Bank wbecf@brockandscott.com,
            mario.hanyon@brockandscott.com

MARIO J. HANYON
            on behalf of Creditor Santander Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARTIN A. MOONEY
            on behalf of Creditor Specialized Loan Servicing LLC as servicing agent for Wells Fargo Bank  N.A.
            lgadomski@schillerknapp.com, kcollins@schillerknapp.com

REBECCA ANN SOLARZ
            on behalf of Creditor Legacy Mortgage Asset Trust 2021-SL2 bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
            ECFMail@ReadingCh13.com

THOMAS SONG
            on behalf of Creditor Santander Bank  N.A. tomysong0@gmail.com

United States Trustee
            USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 22

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Lisa Kochel

    Debtor(s)

Case No: 15−14980−pmm

Chapter: 13

---

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Patricia M. Mayer , United States Bankruptcy Judge to consider:

Debtor Lisa Kochel Response to Certification of Default filed by
Creditor Santander Bank, N.A.

    on: 12/16/21

    at: 11:00 AM

    in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  11/17/21

Timothy B. McGrath
Clerk of Court

133 − 132
Form 167