IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)

| | |
|---|---|
| IN RE:<br>LISA KOCHEL<br>  Debtor | Case No. 15-14980-pmm |
| Santander Bank, N.A.,<br>  Movant | Chapter 13 |
| vs.<br>LISA KOCHEL<br>Earl Kochel, III (NON-FILING CO-DEBTOR)<br>  Respondents | 11 U.S.C. §362 and §1301 |

### ORDER MODIFYING SECTION §362 AUTOMATIC STAY

Upon consideration of the Movant of Santander Bank, N.A. (Movant), and after Notice of Default and the filing of a Certification of Default, it is:

**ORDERED AND DECREED**: that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further:

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 268 Colorado Dr, Birdsboro, PA 19508 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further:

~~**ORDERED** that Rule 4001(a)(3) is not applicable and Santander Bank, N.A. may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further:~~

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors and assignees.

*Patricia M. Mayer*
_____
PATRICIA M. MAYER, BANKRUPTCY JUDGE

**Date: December 16, 2021**

LISA KOCHEL
268 COLORADO DR
BIRDSBORO, PA 19508-9051

Earl Kochel, III, Co-Debtor
268 COLORADO DR
BIRDSBORO, PA 19508-9051


Brenna Hope Mendelsohn, Debtor's Attorney
Mendelsohn & Mendelsohn, PC
637 Walnut St
Reading, PA 19601
tobykmendelsohn@comcast.net


Scott F. Waterman, Bankruptcy Trustee
Chapter 13 Trustee
2901 St. Lawrence Ave, Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com

United States Trustee, US Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov