United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-14980-pmm |
| Lisa Kochel | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 16, 2021 | Form ID: pdf900 | Total Noticed: 11 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Kochel, 268 Colorado Drive, Birdsboro, PA 19508-9051 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | ARCPE 1 LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Wells Fargo Bank, N.A., as Trustee, 8742 Lucent Boulevard, Suite 300, Highland Ranch, CO 80129-2386 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 16 2021 23:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 16 2021 23:25:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 18, 2021 | Signature: | /s/Joseph Speetjens |

District/off: 0313-4     User: admin     Page 2 of 2
Date Rcvd: Dec 16, 2021     Form ID: pdf900     Total Noticed: 11

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Santander Bank N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Santander Bank N.A. F/K/A Sovereign Bank andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANN E. SWARTZ | on behalf of Defendant Bayview Loan Servicing LLC ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com |
| BARBARA A. FEIN | on behalf of Creditor Wells Fargo Bank N.A., as Trustee bfein@sanddlawyers.com, mhanford@sanddlawyers.com;kdaley@sanddlawyers.com |
| BARBARA A. FEIN | on behalf of Defendant Wells Fargo Bank N.A. bfein@sanddlawyers.com, mhanford@sanddlawyers.com;kdaley@sanddlawyers.com |
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Lisa Kochel tobykmendelsohn@comcast.net |
| BRENNA HOPE MENDELSOHN | on behalf of Plaintiff Lisa Kochel tobykmendelsohn@comcast.net |
| JAMES A. PROSTKO | on behalf of Creditor Santander Bank N.A., Formerly Known As Sovereign Bank paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Santander Bank N.A. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Santander Bank N.A. F/K/A Sovereign Bank paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Santander Bank NA paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Santander Bank N.A. F/K/A Sovereign Bank paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Santander Bank NA paeb@fedphe.com |
| MARIO J. HANYON | on behalf of Creditor Dovenmuehle Mortgage Inc. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor Santander Bank N.A. F/K/A Sovereign Bank wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor Santander Bank N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARISA MYERS COHEN | on behalf of Creditor Bayview Loan Servicing LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MARTIN A. MOONEY | on behalf of Creditor Specialized Loan Servicing LLC as servicing agent for Wells Fargo Bank N.A. lgadomski@schillerknapp.com, kcollins@schillerknapp.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Legacy Mortgage Asset Trust 2021-SL2 bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS SONG | on behalf of Creditor Santander Bank N.A. tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 22

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)**

| | |
|---|---|
| IN RE:<br>LISA KOCHEL<br>    Debtor | Case No. 15-14980-pmm |
| Santander Bank, N.A.,<br>    Movant | Chapter 13 |
| vs.<br>LISA KOCHEL<br>Earl Kochel, III (NON-FILING CO-DEBTOR)<br>    Respondents | 11 U.S.C. §362 and §1301 |

**ORDER MODIFYING SECTION §362 AUTOMATIC STAY**

Upon consideration of the Movant of Santander Bank, N.A. (Movant), and after Notice of Default and the filing of a Certification of Default, it is:

**ORDERED AND DECREED**: that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further:

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 268 Colorado Dr, Birdsboro, PA 19508 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further:

~~**ORDERED** that Rule 4001(a)(3) is not applicable and Santander Bank, N.A. may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further:~~

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors and assignees.

*Patricia M. Mayer*
_____
PATRICIA M. MAYER, BANKRUPTCY JUDGE

**Date: December 16, 2021**

LISA KOCHEL
268 COLORADO DR
BIRDSBORO, PA 19508-9051

Earl Kochel, III, Co-Debtor
268 COLORADO DR
BIRDSBORO, PA 19508-9051

Brenna Hope Mendelsohn, Debtor's Attorney
Mendelsohn & Mendelsohn, PC
637 Walnut St
Reading, PA 19601
tobykmendelsohn@comcast.net

Scott F. Waterman, Bankruptcy Trustee
Chapter 13 Trustee
2901 St. Lawrence Ave, Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com

United States Trustee, US Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov