**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Lisa Kochel                         :          Chapter 13
          Debtor                      :          Bankruptcy No. 15-14980-pmm


**ORDER**


AND NOW, upon the consideration of the Debtor's Motion to Modify Plan Post-

Confirmation Pursuant to 11 U.S.C. 1329, and after notice and opportunity for hearing, it is

hereby ORDERED and DECREED that the Seventh Amended Chapter 13 Plan is CONFIRMED.


           BY THE COURT:


           _____
           Patricia M. Mayer
           United States Bankruptcy Judge