# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Lisa Kochel, | : | Chapter 13 |
| | : | |
| | : | Case No. 15-14980 (PMM) |
| | : | |
| Debtor. | : | |

## AMENDED ORDER GRANTING MOTION TO MODIFY

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (doc. # 138, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 147) is **approved**.

Date:  1/20/22

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**