UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Lisa Kochel                                                          Chapter 13

Debtor                                                                Bankruptcy No. 15-14980-pmm

CERTIFICATE OF NO RESPONSE

I, Brenna H. Mendelsohn, Esquire of Mendelsohn & Mendelsohn, P.C., attorney for Lisa Kochel, Chapter 13 Debtor, do hereby certify that I have received no response and that no response has been filed with the Court from any Creditor listed on the Matrix, the Chapter 13 Trustee or the United States Trustee for the Supplemental Application for Compensation and respectfully request that this Honorable Court grant the Motion without a Hearing and an Order be entered granting the relief requested.

Respectfully submitted,

/s/Brenna H. Mendelsohn
Brenna H.Mendelsohn, Esquire
Mendelsohn & Mendelsohn, P.C.
637 Walnut Street Reading, PA 19601

Dated: January 28, 2022