UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Lisa Kochel,                    :       Chapter 13
           Debtor            :       Bankruptcy No. 15-14980-pmm

**ORDER**

AND NOW, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan.

IT IS HEREBY ORDERED that the Supplemental Application is APPROVED in the amount of $1,290.00 as legal fees from 11/16/21-12/14/21.

BY THE COURT

Dated: 1/28/22

*Patricia M. Mayer*

Patricia M. Mayer
U.S. Bankruptcy Judge