United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-14980-pmm |
| Lisa Kochel | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 28, 2022 | Form ID: pdf900 | Total Noticed: 11 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Kochel, 268 Colorado Drive, Birdsboro, PA 19508-9051 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg |   | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | ARCPE 1 LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Wells Fargo Bank, N.A., as Trustee, 8742 Lucent Boulevard, Suite 300, Highland Ranch, CO 80129-2386 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 28 2022 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 28 2022 23:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 30, 2022 | Signature: | /s/Joseph Speetjens |

District/off: 0313-4 User: admin Page 2 of 2
Date Rcvd: Jan 28, 2022 Form ID: pdf900 Total Noticed: 11

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Santander Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Santander Bank  N.A. F/K/A Sovereign Bank andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANN E. SWARTZ | on behalf of Defendant Bayview Loan Servicing  LLC ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com |
| BARBARA A. FEIN | on behalf of Creditor Wells Fargo Bank  N.A., as Trustee bfein@sanddlawyers.com, mhanford@sanddlawyers.com;kdaley@sanddlawyers.com |
| BARBARA A. FEIN | on behalf of Defendant Wells Fargo Bank  N.A. bfein@sanddlawyers.com, mhanford@sanddlawyers.com;kdaley@sanddlawyers.com |
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Lisa Kochel tobykmendelsohn@comcast.net |
| BRENNA HOPE MENDELSOHN | on behalf of Plaintiff Lisa Kochel tobykmendelsohn@comcast.net |
| JAMES A. PROSTKO | on behalf of Creditor Santander Bank  N.A., Formerly Known As Sovereign Bank paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Santander Bank  N.A. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Santander Bank  N.A. F/K/A Sovereign Bank paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Santander Bank  NA paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Santander Bank  N.A. F/K/A Sovereign Bank paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Santander Bank  NA paeb@fedphe.com |
| MARIO J. HANYON | on behalf of Creditor Dovenmuehle Mortgage  Inc. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor Santander Bank  N.A. F/K/A Sovereign Bank wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor Santander Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARISA MYERS COHEN | on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MARTIN A. MOONEY | on behalf of Creditor Specialized Loan Servicing LLC as servicing agent for Wells Fargo Bank  N.A. lgadomski@schillerknapp.com, kcollins@schillerknapp.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Legacy Mortgage Asset Trust 2021-SL2 bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS SONG | on behalf of Creditor Santander Bank  N.A. tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 22

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Lisa Kochel,                                  :         Chapter 13
           Debtor                       :         Bankruptcy No. 15-14980-pmm

**ORDER**

AND NOW, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan.

IT IS HEREBY ORDERED that the Supplemental Application is APPROVED in the amount of $1,290.00 as legal fees from 11/16/21-12/14/21.

BY THE COURT

Dated: 1/28/22

_____
Patricia M. Mayer
U.S. Bankruptcy Judge