United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Lisa Kochel  
    Debtor

Case No. 15-14980-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 23, 2022 | Form ID: 138OBJ | Total Noticed: 31 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Kochel, 268 Colorado Drive, Birdsboro, PA 19508-9051 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 13562168 | + | Baview Loan Servicing, 4425 Ponce De Leon Blvd., 5th Floor, Miami, FL 33146-1873 |
| 13562169 | + | Berks Credit & Coll, 245 Main Street, Scranton, PA 18519-1641 |
| 14648435 | + | Legacy Mortgage Asset Trust 2021-SL2, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13732431 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14563982 | + | SANTANDER BANK, N.A., c/o Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14196854 | | Santander Bank, N.A., (by: Dovenmuehle Mortgage, Inc.), P.O. Box 371306, Pittsburgh, PA 15250-7306 |
| 13586432 | | Santander Bank,N.A., Attn: Bankruptcy Department, MC: 10-6438-FB4, 601 Penn Street Reading, PA 19601 |
| 13657374 | + | Select Portfolio Servicing, PO BOX 65250, Salt Lake City, UT 84165-0250 |
| 13562177 | + | Specialized Loan Service LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14026035 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, Co 80111-4720 |
| 14266216 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 13562178 | + | Td Bank Usa/targetcred, 3701 Wayzata Blvd, Minneapolis, MN 55416-3440 |
| 13605379 | + | Wells Fargo Bank NA, Trustee (see B10), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd Suite 300, Highlands Ranch, CO 80129-2386 |
| 13657375 | + | Wells Fargo Bank, NA, 1 Home Campus, MAC X2303-1A, Des Moines, IA 50328-0001 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 24 2022 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 24 2022 00:13:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13614028 | | Email/PDF: bncnotices@becket-lee.com | Feb 24 2022 00:22:24 | Capital One, N.A., c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13562170 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 00:11:50 | Capital One, N.a., Capital One Bank (USA) N.A., Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13578160 | | Email/Text: mrdiscen@discover.com | Feb 24 2022 00:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13562172 | + | Email/Text: mrdiscen@discover.com | Feb 24 2022 00:13:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 13562171 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 24 2022 00:11:58 | Chase, 201 N. Walnut St//De1-1027, Wilmington, DE 19801 |

Case 15-14980-pmm   Doc 165   Filed 02/25/22   Entered 02/26/22 00:34:10   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 23, 2022 | Form ID: 138OBJ | Total Noticed: 31 |

| 13562173 | + Email/Text: PBNCNotifications@peritusservices.com | | |
|---|---|---|---|
| | | Feb 24 2022 00:13:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 13562174 | + Email/Text: Bankruptcies@nragroup.com | | |
| | | Feb 24 2022 00:13:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 13562176 | + Email/Text: DeftBkr@santander.us | | |
| | | Feb 24 2022 00:13:00 | Santander Bank Na, 1130 Berkshire Bv, Wyomissing, PA 19610-1242 |
| 13603150 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Feb 24 2022 00:12:00 | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14002894 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14259192 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14503250 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14655604 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 13562175 | *+ | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2022                     Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:

**Name**               **Email Address**

ANDREW L. SPIVACK
                       on behalf of Creditor Santander Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
                       on behalf of Creditor Santander Bank  N.A. F/K/A Sovereign Bank andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANN E. SWARTZ
                       on behalf of Defendant Bayview Loan Servicing  LLC ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com

BARBARA A. FEIN
                       on behalf of Creditor Wells Fargo Bank  N.A., as Trustee bfein@sanddlawyers.com, mhanford@sanddlawyers.com;kdaley@sanddlawyers.com

BARBARA A. FEIN
                       on behalf of Defendant Wells Fargo Bank  N.A. bfein@sanddlawyers.com, mhanford@sanddlawyers.com;kdaley@sanddlawyers.com

BRENNA HOPE MENDELSOHN

District/off: 0313-4     User: admin     Page 3 of 3
Date Rcvd: Feb 23, 2022     Form ID: 138OBJ     Total Noticed: 31

        on behalf of Debtor Lisa Kochel tobykmendelsohn@comcast.net

BRENNA HOPE MENDELSOHN
        on behalf of Plaintiff Lisa Kochel tobykmendelsohn@comcast.net

JAMES A. PROSTKO
        on behalf of Creditor Santander Bank  N.A., Formerly Known As Sovereign Bank paeb@fedphe.com

JEROME B. BLANK
        on behalf of Creditor Santander Bank  N.A. paeb@fedphe.com

JEROME B. BLANK
        on behalf of Creditor Santander Bank  N.A. F/K/A Sovereign Bank paeb@fedphe.com

JEROME B. BLANK
        on behalf of Creditor Santander Bank  NA paeb@fedphe.com

JOSEPH ANGEO DESSOYE
        on behalf of Creditor Santander Bank  N.A. F/K/A Sovereign Bank paeb@fedphe.com

JOSEPH ANGEO DESSOYE
        on behalf of Creditor Santander Bank  NA paeb@fedphe.com

MARIO J. HANYON
        on behalf of Creditor Dovenmuehle Mortgage  Inc. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
        on behalf of Creditor Santander Bank  N.A. F/K/A Sovereign Bank wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
        on behalf of Creditor Santander Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARISA MYERS COHEN
        on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

MARTIN A. MOONEY
        on behalf of Creditor Specialized Loan Servicing LLC as servicing agent for Wells Fargo Bank  N.A. lgadomski@schillerknapp.com, kcollins@schillerknapp.com

REBECCA ANN SOLARZ
        on behalf of Creditor Legacy Mortgage Asset Trust 2021-SL2 bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
        ECFMail@ReadingCh13.com

THOMAS SONG
        on behalf of Creditor Santander Bank  N.A. tomysong0@gmail.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 22

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Lisa Kochel

    Debtor(s)

Case No: 15−14980−pmm

Chapter: 13

---

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/23/22

164 − 161
Form 138OBJ