United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 15-14980-pmm |
|---|---|
| Lisa Kochel | Chapter 13 |
|      Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 18, 2022 | Form ID: 3180W | Total Noticed: 14 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Kochel, 268 Colorado Drive, Birdsboro, PA 19508-9051 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 13732431 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14196854 | | Santander Bank, N.A., (by: Dovenmuehle Mortgage, Inc.), P.O. Box 371306, Pittsburgh, PA 15250-7306 |
| 14266216 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Mar 19 2022 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 18 2022 23:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg + | Email/Text: taxclaim@countyofberks.com | Mar 18 2022 23:35:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 18 2022 23:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13614028 | Email/PDF: bncnotices@becket-lee.com | Mar 18 2022 23:40:54 | Capital One, N.A., c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13578160 | EDI: DISCOVER.COM | Mar 19 2022 03:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13603150 | Email/PDF: bncnotices@becket-lee.com | Mar 18 2022 23:40:54 | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0313-4                     User: admin                              Page 2 of 3
Date Rcvd: Mar 18, 2022                  Form ID: 3180W                           Total Noticed: 14

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2022                        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Santander Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Santander Bank  N.A. F/K/A Sovereign Bank andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANN E. SWARTZ | on behalf of Defendant Bayview Loan Servicing  LLC ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com |
| BARBARA A. FEIN | on behalf of Creditor Wells Fargo Bank  N.A., as Trustee bfein@sanddlawyers.com, mhanford@sanddlawyers.com;kdaley@sanddlawyers.com |
| BARBARA A. FEIN | on behalf of Defendant Wells Fargo Bank  N.A. bfein@sanddlawyers.com, mhanford@sanddlawyers.com;kdaley@sanddlawyers.com |
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Lisa Kochel tobykmendelsohn@comcast.net |
| BRENNA HOPE MENDELSOHN | on behalf of Plaintiff Lisa Kochel tobykmendelsohn@comcast.net |
| JAMES A. PROSTKO | on behalf of Creditor Santander Bank  N.A., Formerly Known As Sovereign Bank paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Santander Bank  N.A. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Santander Bank  N.A. F/K/A Sovereign Bank paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Santander Bank  NA paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Santander Bank  N.A. F/K/A Sovereign Bank paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Santander Bank  NA paeb@fedphe.com |
| MARIO J. HANYON | on behalf of Creditor Dovenmuehle Mortgage  Inc. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor Santander Bank  N.A. F/K/A Sovereign Bank wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor Santander Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARISA MYERS COHEN | on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MARTIN A. MOONEY | on behalf of Creditor Specialized Loan Servicing LLC as servicing agent for Wells Fargo Bank  N.A. lgadomski@schillerknapp.com, kcollins@schillerknapp.com |

District/off: 0313-4                              User: admin                                    Page 3 of 3
Date Rcvd: Mar 18, 2022                        Form ID: 3180W                              Total Noticed: 14

REBECCA ANN SOLARZ
                     on behalf of Creditor Legacy Mortgage Asset Trust 2021-SL2 bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
                     ECFMail@ReadingCh13.com

STEPHEN R. STARKS
                     on behalf of Creditor Santander Bank  N.A. ryan.starks@brockandscott.com

THOMAS SONG
                     on behalf of Creditor Santander Bank  N.A. tomysong0@gmail.com

United States Trustee

                     USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 23

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Lisa Kochel | Social Security number or ITIN | xxx–xx–5291 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ | |
| | | EIN   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | Eastern District of Pennsylvania | | |
| Case number: | 15–14980–pmm | | |

## Order of Discharge                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lisa Kochel

_3/17/22_                                    **By the court:** <u>Patricia M. Mayer</u>
                                                          United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                          **Chapter 13 Discharge**                          page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**