United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-14980-pmm |
| Lisa Kochel | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 13, 2022 | Form ID: 138FIN | Total Noticed: 8 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Kochel, 268 Colorado Drive, Birdsboro, PA 19508-9051 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 13 2022 23:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 13 2022 23:30:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 13 2022 23:30:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 15, 2022 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2022 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 13, 2022 | Form ID: 138FIN | Total Noticed: 8 |

**Name**     **Email Address**

ANDREW L. SPIVACK
     on behalf of Creditor Santander Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
     on behalf of Creditor Santander Bank  N.A. F/K/A Sovereign Bank andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANN E. SWARTZ
     on behalf of Defendant Bayview Loan Servicing  LLC ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com

BARBARA A. FEIN
     on behalf of Creditor Wells Fargo Bank  N.A., as Trustee bfein@sanddlawyers.com, mhanford@sanddlawyers.com;kdaley@sanddlawyers.com

BARBARA A. FEIN
     on behalf of Defendant Wells Fargo Bank  N.A. bfein@sanddlawyers.com, mhanford@sanddlawyers.com;kdaley@sanddlawyers.com

BRENNA HOPE MENDELSOHN
     on behalf of Debtor Lisa Kochel tobykmendelsohn@comcast.net

BRENNA HOPE MENDELSOHN
     on behalf of Plaintiff Lisa Kochel tobykmendelsohn@comcast.net

JAMES A. PROSTKO
     on behalf of Creditor Santander Bank  N.A., Formerly Known As Sovereign Bank paeb@fedphe.com

JEROME B. BLANK
     on behalf of Creditor Santander Bank  N.A. paeb@fedphe.com

JEROME B. BLANK
     on behalf of Creditor Santander Bank  N.A. F/K/A Sovereign Bank paeb@fedphe.com

JEROME B. BLANK
     on behalf of Creditor Santander Bank  NA paeb@fedphe.com

JOSEPH ANGEO DESSOYE
     on behalf of Creditor Santander Bank  N.A. F/K/A Sovereign Bank paeb@fedphe.com

JOSEPH ANGEO DESSOYE
     on behalf of Creditor Santander Bank  NA paeb@fedphe.com

MARIO J. HANYON
     on behalf of Creditor Dovenmuehle Mortgage  Inc. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
     on behalf of Creditor Santander Bank  N.A. F/K/A Sovereign Bank wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
     on behalf of Creditor Santander Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARISA MYERS COHEN
     on behalf of Creditor Bayview Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

MARTIN A. MOONEY
     on behalf of Creditor Specialized Loan Servicing LLC as servicing agent for Wells Fargo Bank  N.A. Martin.Mooney@ag.ny.gov, kcollins@schillerknapp.com

REBECCA ANN SOLARZ
     on behalf of Creditor Legacy Mortgage Asset Trust 2021-SL2 bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
     ECFMail@ReadingCh13.com

STEPHEN R. STARKS
     on behalf of Creditor Santander Bank  N.A. ryan.starks@brockandscott.com

THOMAS SONG
     on behalf of Creditor Santander Bank  N.A. tomysong0@gmail.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 23

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Lisa Kochel
      Debtor(s)

Case No: 15−14980−pmm

Chapter: 13

___

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/13/22

169 − 168
Form 138FIN